UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODISTRIBUTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIXT FRANCHISE USA, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-01963-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 22 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: May 23, 2019

WILLIAM H. ORRICK
United States District Judge